**Order entered June 15, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-20-01114-CV

### MARK HOLLOWAY, Appellant

### V.

### DALLAS COUNTY HOSPITAL DISTRICT D/B/A
### PARKLAND HEALTH AND HOSPITAL SYSTEM, Appellee

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-00792**

### ORDER

Before the Court is appellee's June 11, 2021 unopposed second motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **July 6, 2021**. We caution appellee that further extension requests will be disfavored.

/s/     CRAIG SMITH
         JUSTICE